MINUTE ENTRY
ROBY, M.J.
MAY 14, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL |
|---|---|
| VERSUS | NO. 18-160 |
| TERRY J. KNOPE, II | SECTION J |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X  DEFENDANT       *Michael Riehlmann*
             X  COUNSEL FOR DEFENDANT  (CJA)
             X  ASSISTANT U.S. ATTORNEY  JULIA EVANS
             __ INTERPRETER _____ SWORN
                (TIME: ____.M to ____.M)

X / READING OF THE SUPERSEDING BILL OF INFORMATION:
    READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: *Waiver of indictment executed*

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JUNE 13, 2019 AT 3:30 PM**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

X / TRIAL: **JULY 15, 2019 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE CARL J. BARBIER**

MJSTAR: 00: 02