**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.:   18-160** |
| **v.** | * | **SECTION:  "J"** |
| **TERRY KNOPE** | * | |
| | * * * | |

**GOVERNMENT'S MOTION FOR**
**THREE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, who respectfully moves this Court to grant defendant, Terry Knope, a three-level decrease for early acceptance of responsibility.   In support thereof, the government states as follows:

1.      United States Sentencing Guideline § 3E1.1 provides that:

(a)      If the defendant clearly demonstrates acceptance of responsibility for his offense, decrease the offense level by 2 levels.

(b)      If the defendant qualifies for a decrease under subsection (a), the offense level determined prior to the operation of subsection (a) is level 16 or greater, and upon motion of the government stating that the defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently, decrease the offense level by 1 additional level.

2.      According to the Draft Presentence Investigation Report (PSR) dated August 15, 2019, Mr. Knope's Adjusted Offense Level is 47.   (PSR, ¶ 72).

3.      Mr. Knope notified the government of his intention to enter a plea of guilty in a timely fashion, permitting the government to avoid preparing for trial.

**WHEREFORE**, the government moves this Court to grant defendant, Terry Knope, a three-level reduction for acceptance of responsibility.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


/s/ Julia K. Evans
JULIA K. EVANS
Assistant United States Attorney

/s/ Risa Berkower
RISA BERKOWER
Trial Attorney
Civil Rights Division
United States Department of Justice


## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send an electronic notice filing to counsel for defendant, Terry Knope.


/s/ Julia K. Evans
JULIA K. EVANS
Assistant United States Attorney