MINUTE ENTRY
BARBIER, J.
OCTOBER 31, 2019

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-160 |
| TERRY J. KNOPE, II | SECTION: "J" |

### SENTENCING

COURT REPORTER:  Cathy Pepper
COURTROOM DEPUTY:  Gail Chauvin

PRESENT:   Julia Evans, AUSA, Risa Berkower, DOJ, for government
                    Michael G. Riehlmann, for defendant

Case called at 9:49 a.m.
Government's Motion for Three-Level Decrease [169].  ORDERED: GRANTED.
Defendant's oral motion to withdraw Motion to Adjust Sentence [179].
ORDERED: GRANTED.
Defendant sentenced to counts 1, 2 and 3 of the Superseding Bill of Information.
Counts dismissed on motion of the United States as to this defendant: all remaining.
See Judgment.
The defendant was remanded.
Hearing ended at 10:16 a.m.

JS-10:    27 min.